■ In the Matter of COUNTY OF GENESEE, Respondent, v NIRAV R. SHAH, M.D., M.P.H., Commissioner, New York State Department of Health, et al., Appellants. [6 NYS3d 923]—Appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered May 22, 2014 in a CPLR article 78 proceeding and a declaratory judgment action. The judgment, among other things, directed respondents-defendants to pay petitioner-plaintiff's claims for reimbursement of overburden expenditures.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by denying the petition-complaint in its entirety and granting judgment in favor of respondents-defendants as follows:

It is adjudged and declared that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to be unconstitutional, and as modified the judgment is affirmed without costs (*see Matter of County of Chautauqua v Shah*, 126 AD3d 1317 [2015]). Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.